UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Long, | Case No. 17-cv-1609 (WMW/SER) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| United States of America, | |
| Respondent. | |

This matter is before the Court on the May 30, 2017 Report and Recommendation of United States Magistrate Judge Steven E. Rau. (Dkt. 8.) Because no objections have been filed, this Court reviews the Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The May 30, 2017 Report and Recommendation, (Dkt. 8), is **ADOPTED**;

2. Petitioner Robert Long's petition under 28 U.S.C. § 2241 for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**; and

3. Petitioner's motion to appoint counsel, (Dkt. 2), is **DENIED** as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 1, 2017                                           s/Wilhelmina M. Wright
                                                                                             Wilhelmina M. Wright
                                                                                             United States District Judge